JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHEESECAKE FACTORY INCORPORATED<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 2:10-cv-08157 R (FFMx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE TO REFILE UNTIL DECEMBER 31, 2011** |

The stipulation of the parties, by and through their respective counsel, filed on March 4, 2011, having been considered, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. This case is dismissed without prejudice to refile on or before December 31, 2011;

2. This dismissal shall not waive any claim or defense that might have been asserted by either party on October 28, 2010, the date this action was filed;

3. The statute of limitations for the filing of a claim for refund is extended to December 31, 2011, pursuant to, and as provided by the law governing, the Form 907 executed by Plaintiff and the United States (by and through the Internal Revenue Service) for the years stated thereon;

1    4.    The filing by Plaintiff of any new refund lawsuit with respect to Tax
2 Years 2003, 2004, and 2005 (for years ending December 30, 2003, December 28,
3 2004, and January 3, 2006, respectively) shall be deemed to relate back to October
4 28, 2010, the date of the filing of this action.

Dated_March 7, 2011_

_____

Hon. Manuel L. Real, United States District Court – Central District of California

PAS01\186648.8
ID\LRW - 019956/0950